IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case Nos. 3:17-CR-00439-MO |
| **Plaintiff,** | 3:13-CR-150-MO |
| v. | **ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE** |
| **JOSEPH CEPHUS AUSTIN, JR.,** | |
| **Defendant.** | |

MOSMAN, District Judge:

    This matter is before the Court on a joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith amending the term of imprisonment to time served.

Dated this __28__ day of October, 2022.

*Michael W. Mosman*
Honorable Michael W. Mosman
United States District Judge